IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JUAN MANUEL SILVA, Jr.,<br><br>            Defendant. | Case No.  1:15-CR-105–BLW<br><br>**ORDER** |

The defendant's "custody clock" expires on July 17, 2015.  *See* 18 U.S.C. § 3164(a) & (b).  However, trial is not set until 3 days after that deadline.  Accordingly, the trial in this matter must be moved up.  The Court will therefore reset the trial for July 6, 2015.

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date be VACATED, and that a new trial be set for **July 6, 2015, at 1:30 p.m.** in the Federal Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on

Order - 1

June 25, 2015, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

DATED: **May 29, 2015**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

Order - 2